**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

GLADYES WILLIAMSON,

Plaintiff,

v.

CITY OF FLINT, CHIEF TERENCE GREEN in his official capacity, and OFFICER WILLIAM METCALFE in his official and individual capacity,

Defendants.

Case No. 2:25-cv-12996-LVP-DRG
Hon. Linda V. Parker
Magistrate Judge David R. Grand

---

**DEFENDANTS' RESPONSE TO THE "CORRECTED" APPLICATION OF HACH ROSE SCHIRRIPA & REHNS, LLP AND FRANK R. SCHIRRIPA FOR ORDER RELIEVING COMPLIANCE WITH LOCAL RULE 83.20(f) (ECF 26)**

Defendants City of Flint, Police Chief Terence Green and Officer William Metcalfe through their attorneys Butzel Long, a professional corporation, respectfully ask this court to deny the Application of Hach Rose Schirripa & Rehns, LLC and Frank Schirripa (collectively "Plaintiff's Counsel") for Order Relieving Compliance with Local Rule 83.20(f), ECF 26 (the "Application") and in support thereof state as follows:

1. Defendants respectfully oppose Plaintiff's Counsel's Application, and in support of their opposition, state the following.

2. One of the functions of local counsel is to assist out of state counsel regarding compliance with the Local Court Rules.

3. Prior Plaintiff's counsel, Lawrence Katz, of the Lento Law Group, persistently demonstrated a disregard for the local rules, by conduct included but not limiting to the following actions.

a. Appearing without local counsel, and without an order relieving him of that obligation;

b. Filing briefs that failed to conform to formatting and organization requirement, e.g., filing using 12 pt. font. See e.g., ECF 10 PageID.323 (Plaintiff's Response to Defendant's Motion to Disqualify) and E.D. Mich. LR 5.1(a)(3).

4. Likewise, new Plaintiff's Counsel's original Application already demonstrated lack of compliance with the Local Rules, notably, that it used 12 pt. font, in violation of ED Mich. LR 5.1(a)(3), which counsel has now corrected. One wonders how often corrected pleadings may be filed in the future due to the absence of local counsel to assist the Applicant in connection with compliance with the local rules.

5. Additionally, the Application fails to note this court's Practice Guidelines, in which it is stated: "*The Court generally follows the requirements set forth in E.D. Mich. LR 83.20.*" See "Practice Guidelines" link at this court's

webpage,

https://www.mied.uscourts.gov/index.cfm?pageFunction=chambers&judgeid=46

6. Indeed, one of the grounds for disqualification previously asserted against Mr. Katz—failure to associate with local counsel—was recognized by another Court in this District in its Order disqualifying him included his failure to associate with local counsel "in violation of E.D. Mich. LR 83.20(f)(1)". See Judge Kumar's Disqualification Order submitted as Supplemental Authority, ECF 21-3, PageID.555.

7. Familiarity with this court's practices to assist out of state counsel is the primary function of local counsel, and the failure of Plaintiff's Counsel's Application to comply with the Local Rules aptly demonstrates the reasons why this court strictly enforces ED Mich. LR 83.20(f).

Wherefore, Defendants respectfully request that the Corrected Application of Hach Rose Schirripa & Rehns, LLC and Frank Schirripa to excuse compliance with

E.D. Mich. LR 83.20(f) be denied.

**BUTZEL LONG, P.C.**

Dated: April 13, 2026

By: */s/ Frederick A. Berg*

Frederick A. Berg (P38002)
Sheldon H. Klein (P41062)
Laura S. Faussié (P48933)
150 West Jefferson Ave., Suite 100
Detroit, Michigan 48226
(313) 225-7000
berg@butzel.com
klein@butzel.com
faussie@butzel.com
Attorneys for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on April 13, 2026, I electronically filed the above document with the Clerk of the Court using the ECF system, which will send notification of such filing to all counsel of record.

**BUTZEL LONG, P.C.**

By: *_/s/ Frederick A. Berg_*
Frederick A. Berg (P38002)
Sheldon H. Klein (P41062)
Laura S. Faussié (P48933)
150 West Jefferson Ave., Suite 100
Detroit, Michigan 48226
(313) 225-7000
berg@butzel.com
klein@butzel.com
faussie@butzel.com
Attorneys for Defendants