## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

GLADYES WILLIAMSON,

      Plaintiff,

v.

CITY OF FLINT, CHIEF TERENCE
GREEN in his official capacity, and
OFFICER WILLIAM METCALFE in his
official and individual capacity,

      Defendants.

Case No. 2:25-cv-12996-LVP-DRG
Hon. Linda V. Parker
Magistrate Judge David R. Grand

_____

## DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY

Defendants City of Flint, Police Chief Terence Green and Officer William Metcalfe, by and through their counsel of record, Butzel Long, a professional corporation, hereby submit as supplemental authority in support of their Response (ECF No. 27 Page.ID 579) to the "Corrected" Application of Hach Rose Schirripa & Rehns, LLC and Frank R. Schirripa for Order Relieving Compliance with Local Rule 83.20(f) for Plaintiff (ECF No. 26 Page.ID 574) (the "Application") the following Order:

(a) Judge Shalina Kumar's order in *Leavy et al. v. Neeley et al.*, E.D. Mich. Case No. 25-cv-11641, issued April 17, 2026, (ECF No. 36 Page.ID 618)

IBUTZEL\000147576\0121\201309597.v1-4/17/26

denying the Application of Hach Rose Schirripa & Rehns, LLC and Frank R. Schirripa for Order Relieving Compliance with Local Rule 83.20(f) for Plaintiff (ECF No. 26).  See **Exhibit A** attached hereto.

The local rules of this Court do not provide for the submission of supplemental authority, however, the Federal Rules of Appellate Procedure provide for the submission of such authority by letter, without leave, see FRAP 28(j).

Judge Kumar correctly concluded that an identical "Corrected" Application should be denied in that case, for the reasons aptly stated the attached order.

Defendants respectfully request that this honorable Court consider Judge Kumar's decision in connection with its ruling on the Application.

BUTZEL LONG, PC

By:  /s/ Frederick A. Berg, Jr.
  Frederick A. Berg (P38002)
  Sheldon H. Klein (P41062)
  Laura S. Faussié (P48933)
150 West Jefferson Ave., Suite 100
Detroit, Michigan 48226
(313) 225-7000
berg@butzel.com
klein@butzel.com
faussie@butzel.com
Attorneys for Defendants

Dated:  April 17, 2026

2

LOCAL RULE CERTIFICATION: I, Frederick A. Berg, certify that this document complies with Local Rule 5.1(a), including: double-spaced (except for quoted materials and footnotes); at least one inch margins on the top, sides, and bottom; consecutive page numbering; and type size of all text and footnotes that is no smaller than 10-1/2 characters per inch (for non-proportional fonts) or 14 point (for proportional fonts). I also certify that it is the appropriate length. Local Rule 7.1(d)(3).

BUTZEL LONG, PC

By: /s/ Frederick A. Berg, Jr.
  Frederick A. Berg (P38002)
  Sheldon H. Klein (P41062)
  Laura S. Faussié (P48933)
150 West Jefferson Ave., Suite 100
Detroit, Michigan 48226
(313) 225-7000
berg@butzel.com
klein@butzel.com
faussie@butzel.com
Attorneys for Defendants

Dated:  April 17, 2026

## CERTIFICATE OF SERVICE

I hereby certify that on April 17, 2026 I electronically filed the above document with the Clerk of the Court using the ECF system, which will send notification of such filing to all counsel of record.

BUTZEL LONG, PC

By: /s/ Frederick A. Berg, Jr.
  Frederick A. Berg (P38002)
  Sheldon H. Klein (P41062)
  Laura S. Faussié (P48933)
150 West Jefferson Ave., Suite 100
Detroit, Michigan 48226
(313) 225-7000
berg@butzel.com
klein@butzel.com
faussie@butzel.com
Attorneys for Defendants