UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| GLADYES WILLIAMSON<br><br>    *Plaintiff,*<br>               vs.<br><br>CITY OF FLINT, CHIEF TERENCE GREEN,<br>in his official capacity, and OFFICER WILLIAM METCALFE, in his official and<br>individual capacity,<br><br>    *Defendants.* | CASE NO.: NO.: 25-cv-12996<br><br>Honorable Linda V. Parker<br>Magistrate Judge David R. Grand |

## PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY

Plaintiff Gladyes Williamson, by and through her counsel of record, Hach Rose Schirripa & Rehns, LLP, hereby submits as supplemental authority in support of the Corrected Application of Hach Rose Schirripa & Rehns, LLP and Frank R. Schirripa for Order Relieving Compliance with Local Rule 83.20(f) (ECF No. 26 Page.ID 574) (the "Application") the following Order attached hereto as **Exhibit A**.

(a)     Judge Matthew F. Leitman's order in *Brown v. Lewis, et al.,* Case No. 25-cv-11225 (E.D. Mich.), issued April 13, 2026, (ECF No. 41 Page.ID 855) granting the Application of Hach Rose Schirripa & Rehns, LLP and Frank R. Schirripa for Order Relieving Compliance with Local Rule 83.20 (f) in favor of Plaintiff.

1

2

Plaintiff respectfully requests that this honorable Court consider Judge Leitman's decision in connection with its ruling on the present Application.

HACH ROSE SCHIRRIPA & REHNS, LLP

_/s/ Frank Schirripa_
Frank R. Schirrpa, Esq.
NY Attorney ID#: 4103750
112 Madison Avenue, 10th Floor
New York, NY 10016
fschirripa@hrsrlaw.com

_Attorneys for Plaintiff_

Dated: April 17, 2026

2

LOCAL RULE CERTIFICATION: I, Frank R. Schirripa, certify that this document complies with Local Rule 5.1(a), including: double-spaced (except for quoted materials and footnotes); at least one inch margins on the top, sides, and bottom; consecutive page numbering; and type size of all text and footnotes that is no smaller than 10-1/2 characters per inch (for non-proportional fonts) or 14 point (for proportional fonts).  I also certify that it is the appropriate length.  Local Rule 7.1(d)(3).

**HACH ROSE SCHIRRIPA & REHNS, LLP**

_____*/s/ Frank Schirripa*_____
Frank R. Schirrpa, Esq.
NY Attorney ID#: 4103750
112 Madison Avenue, 10th Floor
New York, NY 10016
fschirripa@hrsrlaw.com

*Attorneys for Plaintiff*

Dated: April 17, 2026

3

## CERTIFICATE OF SERVICE

I hereby certify that on April 17, 2026, I electronically filed the above document with the Clerk of the Court using the ECF system, which will send notification of such filing to all counsel of record.

**HACH ROSE SCHIRRIPA & REHNS, LLP**

_____*/s/ Frank Schirripa*_____
Frank R. Schirrpa, Esq.
NY Attorney ID#: 4103750
112 Madison Avenue, 10th Floor
New York, NY 10016
fschirripa@hrsrlaw.com

*Attorneys for Plaintiff*