# EXHIBIT A

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JEDEDIAH BROWN,

        Plaintiff,                         Case No. 25-cv-11225
                                                Hon. Matthew F. Leitman

v.

LADEL LEWIS, et al.,

        Defendants.

_____/

### ORDER ON APPLICATION OF HACH ROSE SCHIRRIPA & REHNS, LLP AND FRANK R. SCHIRRIPA FOR ORDER RELIEVING COMPLIANCE WITH LOCAL RULE 83.20(f)

Upon review of the APPLICATION OF HACH ROSE SCHIRRIPA & REHNS, LLP AND FRANK R. SCHIRRIPA, FOR ORDER RELIEVING COMPLIANCE WITH LOCAL RULE 83.20(F) it is hereby ORDERED that such motion is Granted. A party that retains and continues to retain Hach Rose Schirripa & Rehns, LLP ("HRSR") and Frank R. Schirripa ("Schirripa") in this case are relieved from the requirements of local rule 83.20(f) to the extent such rule requires local counsel admitted in the State of Michigan to be engaged to assist in a representation for which HRSR and Schirripa have been retained.

                                    s/Matthew F. Leitman
                                    MATTHEW F. LEITMAN
                                    UNITED STATES DISTRICT JUDGE

Dated: April 13, 2026

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on April 13, 2026, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126