## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

GLADYES WILLIAMSON

      Plaintiffs,

v.

CITY OF FLINT, CHIEF TERENCE
GREEN in his official capacity, and
OFFICER WILLIAM METCALFE in his
official and individual capacity.

      Defendants.

Case No. 2:25-cv-12996

Honorable Linda V. Parker
Magistrate Judge David R.
Grand

_____/

## NOTICE OF APPEARANCE

TO:   Clerk of the Court
       Attorneys of Record

     Please enter the Appearance of David J. Shea of Shea Law, PLLC as counsel on behalf of Plaintiffs in the above-captioned matter. Please direct all future pleadings, notices, and correspondence accordingly.

1

Respectfully Submitted,

*/s/ David J. Shea*
David J. Shea (P41399)
Attorneys for Plaintiffs
Shea Law, PLLC
26100 American Dr., 2nd Floor
Southfield, MI 48034
(248) 354-0224

Dated: May 5, 2026

2

## CERTIFICATE OF SERVICE

I, Sarah K. Shea, hereby certify that on May 5, 2026, I filed the foregoing paper with the Clerk of the Court using the ECF system, which will send notification of such filing to all parties and counsel of record.  The above statement is true to the best of my knowledge, information, and belief.

*/s/ Sarah K. Shea*
Sarah K. Shea