UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GLADYS WILLIAMSON,

Plaintiff,

v.

Case No. 25-cv-12996
Honorable Linda V. Parker

CITY OF FLINT, CHIEF TERENCE GREEN, and OFFICER WILLIAM METCALFE,

Defendants.

---

## JUDGMENT

On September 22, 2025, Plaintiff filed this lawsuit against Defendants alleging constitutional violations pursuant to 42 U.S.C. § 1983 and violations of state law arising from her removal from a Flint City Council meeting on October 23, 2024. (ECF No. 1.) Defendants thereafter filed a motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6) (ECF No. 17), which the Court granted in an Opinion and Order entered on this date.

Accordingly,

**IT IS ORDERED** that Plaintiff's Complaint is **DISMISSED WITH PREJUDICE**.

s/ Linda V. Parker
LINDA V. PARKER
U.S. DISTRICT JUDGE

Dated: September 30, 2026